

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

April 11, 2025

**Via ECF**

Honorable Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:      Joint Status Letter
                  De Jesus et al v. Piping & Plumbing Solutions, Inc et al
                  Case 1:24-cv-07390-JAM

Dear Judge Marutollo:

Counsel for the parties respectfully submit this letter to provide the Court with a brief update on the status of case.

The parties have scheduled a second mediation session for **May 6, 2025, at 11:00 a.m.**, and are actively preparing for that session. As part of that preparation, Defendants are in the process of producing additional documentation concerning payments made to Plaintiff during the course of his employment, which Plaintiff has requested in order to evaluate a potential resolution.

The parties will keep the Court updated and are available to provide further status updates as needed.

Thank you for your time and consideration.

                                                     Respectfully submitted,

                                                     Jordan El-Hag, Esq.
                                                    El-Hag & Associates, P.C
                                                       *Attorney for Plaintiff*

C.C:    Steven M. Coren, Esq.
           Coren Law Group P.C
           *Attorney for Defendants*