

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

May 8, 2025

**Via EFC:**

Magistrate Judge Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> *Re: De Jesus et al v. Piping & Plumbing Solutions, Inc et al.*
> *Case No.: 1:24-cv-07390-JAM*
> *Joint Status Report*

We write to respectfully update the Court regarding the status of mediation in the above-referenced matter.

The parties participated in a second session of mediation on May 6, 2025. During this session, the Defendants agreed to produce the Plaintiff's time and attendance records, specifically the clock-in and clock-out reports associated with Plaintiff's name and any aliases Plaintiff may have used during the relevant period of employment.

Upon receipt of these records, Plaintiff will analyze the data to calculate alleged damages. To that end, the parties have agreed to schedule a third mediation session, with the mutual goal of using the timekeeping records to inform a potential resolution of this matter.

We will promptly update the Court following the next mediation session.

Respectfully,

By: *Jordan El-Hag*
Jordan El-Hag, Esq.
El-Hag & Associates, PC
777 Westchester Ave., Ste. 101
White Plains, NY 10604
(914) 218-6190
Jordan@elhaglaw.com